**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

2016 FEB 18 PM 4:00

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Lexton Alexander Smith

Crim. No.   1:14CR00031-1

On January 17, 2014, the above named was placed on supervised release for a period of four years.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tony Graham
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____16th_____ day of February, 2016.

J. Randal Hall
United States District Judge